# DHL Express — Shipment Waybill

Track this shipment: http://www.dhl.com
Shipment Waybill (Non negotiable)

**06 2009**  27 6425 7996

GREY SECTIONS FOR DHL USE ONLY — ORIGIN / DESTINATION CODE

## 1. Payer account number and Shipment Value Protection details
Charge to: ☒ Shipper  ☐ Receiver  ☐ 3rd party  ☐ Cash  ☐ Check
Payer Account No. **847093225**

Shipment Value Protection — see reverse
☐ Yes Increased Protection Value _____ (in local currency)
Not all payment options are available in all countries.

## 2. From (Shipper)
Shipper's account number: **847093225**
Contact name: **T. Davis**

Shipper's reference (up to 32 characters):

United States District Court
for the District of Columbia
Clerk's Office
333 Constitution Avenue, NW
Washington, DC 20001
13-cv-1106 CRC

Postcode/Zip Code (required):
Phone, Fax or E-mail (required): **2/354-3153**

## 3. To (Receiver)
Company name:

Deliver:
Federal Republic of Nigeria
c/o Head of the Ministry of Foreign Affairs
Ministry of Foreign Affairs
Tafawa Balewa House
Federal Secretariat
Central District, Abuja
FCT. Suburb Fct 234 Country, Nigeria

Postcode/Zip Code (required):  Country:
Contact person:  Phone, Fax or E-mail (required):

## 4. Shipment details
Billed weight is calculated from total weight and dimensions
Total number of packages | Total Weight (lb / oz) | Pieces | Length × Width × Height (inches)

## 5. Full description of contents
Give content and quantity

## 6. Non-Document Shipments Only (Customs Requirement)
Attach the original and two copies of a Proforma or Commercial Invoice
Shipper's VAT/GST number | Receiver's VAT/GST or Shipper's EIN/SSN
Declared Value for Customs (as on commercial/proforma invoice) | Harmonized Commodity Code if applicable
AES Transaction Number | TYPE OF EXPORT: ☐ Permanent ☐ Repair/Return ☐ Temporary
Destination duties/taxes if left blank receiver pays duties/taxes: ☐ Receiver ☐ Shipper ☐ Other — specify approved account number

## 7. Shipper's agreement (Signature required)
Unless otherwise agreed in writing, I/we agree that DHL's Terms and Conditions of Carriage are all the terms of the contract between me/us and DHL, and (1) such Terms and Conditions and, where applicable, the Warsaw Convention limits and/or excludes DHL's liability for loss, damage or delay and (2) this shipment does not contain cash or dangerous goods (see reverse).

Signature  Date / /

## 8. Products & Services
International Document ☐   International Non-Document ☐
Products (not all are available to and from all locations)
☐ EXPRESS 9:00
☐ EXPRESS 10:30
☐ EXPRESS 12:00
☐ EXPRESS / WORLDWIDE
☐ ECONOMY SELECT
☐ EXPRESS ENVELOPE
☐ OTHER

Optional Services (extra charges may apply)
☐ Saturday Delivery   ☐ Non-standard Pickup
☐ Delivery Notification   ☐ Payable Packaging
☐ Non-standard Shipment   ☐ Other _____

Globalmail Business
☐ Priority   ☐ Standard   ☐ Other

DIMENSIONAL/CHARGEABLE WEIGHT: lb / oz

CHARGES
Services
Other
Shipment Value Protection
VAT
CURRENCY | TOTAL
PAYMENT DETAILS (Check, Card No.)
No.
Type _____ Expires _____
Picked up by _____
Route No. _____
Time _____ Date _____